**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

vs

Minsu Fang
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:24−cr−00810

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for July 30, 2024 at 10:00 AM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **July 23, 2024**