IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 5:24-cr-00810 |
| MINSU FANG | § § | |

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

TO THE HONORABLE DIANA SALDANA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION:

COMES NOW, MINSU FANG, defendant, respectfully moves this Honorable Court to continue arraignment setting and for good cause would show as follows:

I.

Defendant is set for arraignment on July 30, 2024, at 10:00 a.m. before the Honorable Magistrate Judge Chirstopher dos Santos.

II.

Counsel for defendant requests a continuance of the arraignment. Counsel hoped to file a waiver of arraignment but is unable to complete the process through the Rio Grande Detention Center staff and therefore unable to waive the arraignment scheduled on July 30, 2024. Therefore, counsel requests a short continuance to August 5, 2024.

This motion for continuance is not made for purposes of delay, but that justice may be done. For all the foregoing reasons, counsel for defendant requests a continuance of the arraignment.

Respectfully submitted,

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
kentschaffer@gmail.com
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

Attorney for Defendant,
MINSU FANG

## CERTIFICATE OF CONFERENCE

Counsel for defendant conferred with AUSA Richard Hanes concerning his position on Defendant's Motion for Continuance. Mr. Hanes stated that the Government is unopposed to the motion.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER